Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 3

| | |
|---|---|
| **AMERICAN BRASS ROD FAIR TRADE COALITION,** *et al.*,<br>　　　　　　　　　　**Plaintiffs,**<br>　　v.<br>**UNITED STATES,**<br>　　　　　　　　　　**Defendant.** | **S U M M O N S**<br><br>Before: The Hon. _____, Judge<br><br>**Court No. 24-00120** |

**TO:**    The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　Clerk of the Court

1.　The plaintiffs are: American Brass Rod Fair Trade Coalition and its members, Mueller Brass Co. and Wieland Chase LLC.  The plaintiffs are all interested parties under 19 U.S.C. §§ 1677(9)(C), (E).  As interested parties who were party to the underlying proceeding, the plaintiffs have standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

　　(Name and standing of plaintiff)

2.　Plaintiffs contest of various aspects of the Final Determination of the U.S. Department of Commerce in the antidumping duty investigation of Brass Rod from the Republic of Korea.  *See Brass Rod From the Republic of Korea: Final Affirmative Determination of Sales at Less Than Fair Value*, 89 Fed. Reg. 29,298 (Apr. 22, 2024), as amended by *Brass Rod From the Republic of Korea: Amended Final Antidumping Duty Determination; Brass Rod From Brazil, India, Mexico, the Republic of Korea, and South Africa: Antidumping Duty Orders; Brass Rod From the Republic of Korea: Countervailing Duty Order*, 89 Fed. Reg. 50,263 (June 13, 2024).  This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i).

　　(Brief description of contested determination)

3.　April 22, 2024

　　(Date of determination)

4. The Final Determination in the antidumping duty investigation of Brass Rod from the Republic of Korea was published in the Federal Register on April 22, 2024 (89 Fed. Reg. 29,298).  An Amended Final Determination and the antidumping duty order based on the Final Determination, as amended, was published in the Federal Register on June 13, 2024.  *See Brass Rod From the Republic of Korea: Amended Final Antidumping Duty Determination; Brass Rod From Brazil, India, Mexico, the Republic of Korea, and South Africa: Antidumping Duty Orders; Brass Rod From the Republic of Korea: Countervailing Duty Order*, 89 Fed. Reg. 50,263 (June 13, 2024).

(If applicable, date of publication in Federal Register of notice of contested determination)

Jack A. Levy, Esq.
Daniel J. Calhoun, Esq.
Paul K. Keith, Esq.

**ROCK CREEK TRADE LLP**
900 19th Street, NW, Suite 600
Washington, DC 20006
(202) 230-6630
jlevy@rockcreektrade.com

s/ Jack A. Levy
Signature of Plaintiffs' Attorney

July 12, 2024
Date

**SEE REVERSE SIDE**

Form 3-3

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch – Civil Division
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, NY 10278-0140

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC 20230