FORM 7A

## U.S. COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **AMERICAN BRASS ROD FAIR TRADE COALITION,** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Court No. 24-00120 |
| | ) ) |
| **UNITED STATES,** | ) ) |
| Defendant. | ) ) |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Rules of this Court, Plaintiffs American Brass Rod Fair Trade Coalition and its members, Mueller Brass Co. and Wieland Chase LLC, hereby dismiss this action without prejudice.

Dated: August 9, 2024

Respectfully submitted,

/ s / Daniel J. Calhoun

Daniel J. Calhoun, Esq.
Jack A. Levy, Esq.
Paul K. Keith, Esq.

**ROCK CREEK TRADE LLP**
900 19th Street, NW
Suite 600
Washington, DC 20006
(202) 230-6630

*Counsel for Plaintiffs American Brass Rod Fair Trade Coalition and its members, Mueller Brass Co. and Wieland Chase LLC*

**U.S. COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **AMERICAN BRASS ROD FAIR TRADE COALITION,** *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | )   **Court No. 24-00120** ) |
| **UNITED STATES,** | ) ) |
| **Defendant.** | ) ) |

**ORDER OF DISMISSAL**

This action, having been voluntarily dismissed by Plaintiffs American Brass Rod Fair Trade Coalition and its members, Mueller Brass Co. and Wieland Chase LLC, pursuant to Rule 41(a)(1)(A)(i), is dismissed without prejudice, with each party to bear its own costs and fees.

Dated: _____August 9_____, 2024

                                            Clerk, U.S. Court of International Trade

                                     By:   /s/ Giselle Almonte